# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TGG MANAGEMENT COMPANY, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:24-cv-02198-H-DDL<br><br>**ORDER:**<br><br>**DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**DENYING AS MOOT PLAINTIFF'S MOTION TO APPEAR REMOTELY**<br><br>[Doc. Nos. 22, 27] |

　　　　On February 18, 2025, Plaintiff Capitol Specialty Insurance Corporation filed a motion for leave to file a first amended complaint for declaratory judgment. Doc. No. 22. A hearing on Plaintiff's motion is currently scheduled for Monday, April 7, 2025, at 10:30 a.m. On March 3, 2025, Plaintiff filed a motion to appear remotely for the hearing on its motion. (Doc. No. 27.) The Court, pursuant to its discretion under Civil Local Rule 7.1(d)(1), determines the matter is appropriate for resolution without oral argument and

vacates the hearing. Accordingly, Plaintiff's motion to appear remotely (Doc. No. 27) is denied as moot.

In this case, Plaintiff seeks a judicial determination that under an insurance policy it issued to Defendant TGG Management Company, Inc., it owes no duty to defend or indemnify Defendants against claims in an underlying case in state court. (Doc. No. 1, Compl. ¶ 1.) By the instant motion, Plaintiff seeks to file a first amended complaint to add the plaintiffs in the underlying case as nominal defendants to this case to ensure they are bound by any ruling on the duty to indemnify. (Doc. No. 22-1.) Plaintiff also seeks to update the policy terms and exclusions under which it seeks a finding of no duty to defend and indemnify, and to correct a scrivener's error in the original complaint. (Id.)

Before it filed the present motion, Plaintiff filed a motion to stay the action pending resolution of an underlying case in state court. (See Doc. No. 18.) On March 3, 2025, the Court granted Plaintiff's motion to stay. (Doc. No. 28.) Specifically, the Court ordered that following the parties' Early Neutral Evaluation ("ENE") scheduled for March 12, 2025, the action will be stayed pending final judgment in the underlying state court case. (Id.)

In light of the Court's order staying this case following the parties' ENE, Plaintiff's motion to file a first amended complaint is denied without prejudice. If Plaintiff still seeks to amend its complaint in this case after the underlying case is resolved and the stay here is lifted, it may file a renewed motion at that time.

**IT IS SO ORDERED.**

DATED: March 10, 2025

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT